JS-6

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN GIELOW<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY<br><br>Defendant. | CASE NO. 8:18−cv−00141−AG (JEMx)<br><br>ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: September 27, 2018

HON. ANDREW J. GUILFORD,
United States District Court Judge